**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        In re Matagorda County

Appellate case number:    01-18-00996-CV

Trial court case number:   2014-30215

Trial court:                       245th District Court of Harris County

Relators, Miguel Zaragoza Fuentes and Texas LPG Storage Company, have filed a petition for writ of mandamus, which challenges the trial court's October 26, 2018 ruling reinstating numerous pretrial temporary orders issued under Section 6.502 of the Family Code. Relators have also filed a motion for temporary relief, which seeks a stay of the trial court's October 26, 2018 ruling. The Court requests that the real party in interest, Evangelina Lopez Guzman Zaragoza, respond to both the petition for writ of mandamus and the motion for temporary relief. It is **ordered** that the response to the petition for writ of mandamus, if any, be filed by no later than Tuesday, November 27, 2018. It is further **ordered** that the response to the motion for temporary relief, if any, be filed by no later than Monday, November 12, 2018.

It is so ORDERED.

Judge's signature: __/s/ Jane Bland_____
                                ☑ Acting individually    ☐ Acting for the Court

Date:  __November 6, 2018___